Nir Teitler & Noam Svilem
386 canal st #5
NY, NY 10013

Pro-Say Office
500 Pearl Street #200
New York, New York 10007-1312

1/20/15

RE: 15 CV 00151

Honorable. Katherine B. Forrest

I would like to thank you for giving us more time to figure out what and how we are doing, because honestly we have no idea where to start.

We are in touch with the x- employee attorneys Justin A. Zeller, the attorney has requested I send him all paperwork I have in-regards to the employee. This is a few years of paperwork.  We are a small store and especially in the first couple of years were not very organized. But I am getting everything he requested.

we have spoken to a few attorneys to help us out but because it's a federal court the attorney's want $12,000 to $20,000 retainer. There is no way we can afford that.

As I mentioned in my last letter. This store is practically dead and on most month there is not enough money to even pay rent.

To get to the point. The Attorney wants to settle and we are negotiating, we hope he realizes that everything that Jose (the Employee) is saying is a lie and cancels this lawsuit before they spend to much time on this.

Can we please have at least 30 to 60 days more to gather paperwork and speak to the opposing attorney?

I wish they would of contacted us directly before filing a lawsuit, but I guess that's the way things work.

Again, Thank you very much

Nir teitler

RECEIVED
FEB 19 2015
PRO SE OFFICE



Noam Svilew
286 Canal St, Unit 5
New York, NY 10013

NEW YORK NY 100
17 FEB 2015 PM 15 L

Pro-Say Office
500 Pearl street #200
New York, NY 10007-1312

1000713158655